[901 NE2d 752, 873 NYS2d 259]

INES DEJESUS, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent.

Decided December 18, 2008

**APPEARANCES OF COUNSEL**

*Trolman, Glaser & Lichtman, P.C.*, New York City (*Michael T. Altman* of counsel), for appellant.

*Cullen and Dykman LLP*, Brooklyn (*Joseph Miller* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs. In this slip and fall case, plaintiff failed to raise a triable issue of fact that defendant caused or created, or had constructive notice of a dangerous recurring condition.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.